UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF ENERGY,<br><br>    Defendant. | Civil Action No. 26-0011 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated May 27, 2026, the parties, through undersigned counsel, respectfully submit this Joint Status Report in the above-captioned case.

On October 1, 2025, Plaintiff submitted a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., request to the U.S. Department of Energy (the "Department"), seeking records related to the administration's purported efforts to ban certain words, *e.g*., climate change, from public-facing communications. *See* Compl. (ECF No. 1) ¶ 2. Plaintiff filed the instant Complaint on January 1, 2026, alleging that the Department failed to timely respond to Plaintiff's FOIA request and seeking declaratory and injunctive relief compelling the agency to process and release the requested records. *See generally*, Compl. The Department filed its Answer on March 9, 2026. (ECF No. 4).

The agency continues to process Plaintiff's FOIA request at a rate of approximately 500 pages per month. To date, the agency has made three productions on May 16, 2026, June 15, 2026, and July 15, 2026. At this time, the agency still anticipates completing production in September 2026.

\*    \*    \*

- 2 -

The parties propose that a further Joint Status Report be filed in sixty (60) days, with the next Joint Status Report due on or before September 25, 2026.

Dated:  July 27, 2026
            Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Matthew D. Hardin*

    MATTHEW D. HARDIN
    Hardin Law Office
    101 Rainbow Dr., #11506
    Livingston, TX 77399
    (202) 802.1948
    MatthewDHardin@protonmail.com

*Attorney for Plaintiff*

By: */s/ Saifuddin K. Kalolwala*

    SAIFUDDIN K. KALOLWALA
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252.2550
    Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*

- 2 -