UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF ENERGY,<br><br>Defendant. | Civil Action No. 26-0011 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated July 28, 2026, the parties, through undersigned counsel, respectfully submit this Joint Status Report in the above-captioned case.

On October 1, 2025, Plaintiff submitted a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., request to the U.S. Department of Energy (the "Department"), seeking records related to the administration's purported efforts to ban certain words, *e.g*., climate change, from public-facing communications. *See* Compl. (ECF No. 1) ¶ 2. Plaintiff filed the instant Complaint on January 1, 2026, alleging that the Department failed to timely respond to Plaintiff's FOIA request and seeking declaratory and injunctive relief compelling the agency to process and release the requested records. *See generally*, Compl. The Department filed its Answer on March 9, 2026. (ECF No. 4).

The agency provided its fifth and final response to plaintiff on September 15, 2026. Plaintiff is currently reviewing the production. The parties propose submitting another joint status report on or before October 27, 2026, to update the Court regarding next steps, unless the matter is dismissed sooner.

Dated: September 24, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Matthew D. Hardin*
MATTHEW D. HARDIN
Hardin Law Office
101 Rainbow Dr., #11506
Livingston, TX 77399
(202) 802.1948
MatthewDHardin@protonmail.com

*Attorney for Plaintiff*

By: */s/ Saifuddin K. Kalolwala*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252.2550
Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*